# Court of Appeals
# of the State of Georgia

ATLANTA,   April 08, 2016

*The Court of Appeals hereby passes the following order:*

**A16I0159. JOSHUA SHAWN CARTER v. THE STATE.**

On February 22, 2016, the trial court denied defendant Joshua Carter's motion to suppress evidence seized when a vehicle in which he was a passenger was stopped. The trial court signed a certificate of immediate review on February 26, 2016, and Carter filed this application for interlocutory appeal on March 10, 2016. We lack jurisdiction.

It is well-established that under OCGA § 5-6-34 (b), an application for interlocutory appeal must be filed within 10 days of obtaining a timely certificate of immediate review. See *Genter v. State*, 218 Ga. App. 311 (460 SE2d 879) (1995). Because this application was filed 13 days after entry of the certificate of immediate review, it is untimely and is therefore DISMISSED for lack of jurisdiction.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,   04/08/2016
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*